Bobby DENNIS, Appellant,

v.

Douglas Gene SALLEE et al., Appellees.

Court of Appeals of Kentucky.

June 28, 1974.

James F. Clay, Jr., Danville, for appellant.

Lee M. Dean, Dean, Dean & Dean, Harrodsburg, for appellees.

Memorandum Opinion by Special Commissioner J. PAUL KEITH, Jr., Affirming.*

---

Douglas W. DRAKE, Appellant,

v.

Leroy CORNETT, Appellee.

Court of Appeals of Kentucky.

June 28, 1974.

Raymond Francis Connell, Paris, W. F. Boelter, Boelter, Fisher & Sullivan, Cincinnati, Ohio, for appellant.

Todd, Odell & Stith, Lexington, Rice, Rice & Rice, Hamilton, Ohio, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

---

Leroy GRIGSBY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 28, 1974.

A. P. Gullett, Cooper, Gullett, Combs & Combs, Hazard, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Affirming.*

---

Garland HOLCOMB, Appellant,

v.

William R. BAGBY, Appellee.

Court of Appeals of Kentucky.

June 28, 1974.

Robert L. Gullette, Nicholasville, for appellant.

Calvert T. Roszell McDonald, Alford & Roszell, Lexington, Bradford T. Garrison, Nicholasville, Phillip D. Scott, Lexington, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.